FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 0 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM WEBSTER AND
MARY GRIFFITH                                                    PLAINTIFFS

vs.                          No. CIV 4:11-CV-0396 DPM

THE UNITED STATES OF AMERICA                                     DEFENDANT

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

**COMPLAINT**

Come the Plaintiffs, William Webster and Mary Griffith, by and through counsel, Matthew E. Hartness, and for their Complaint, state:

1. Plaintiff William Webster was at all times relevant hereto a resident of Little Rock, Pulaski County, Arkansas.

2. Plaintiff Mary Griffith was at all times relevant hereto a resident of the country of South Africa, but was legally in The United States of America, on visa, at the time of the crash which is the subject matter of this Complaint.

3. The negligent acts complained of herein also occurred in Pulaski County, which is in the Western Division of the Eastern District. Thus venue is proper in this court pursuant to 28 U.S.C. §1402(b).

4. On October 5, 2010, Plaintiffs submitted a formal claim to the United States Postal Service as required under the Federal Tort Claims Act. A copy of the claim forms and a letter acknowledging receipt thereof are attached hereto and incorporated be reference as Exhibits "A" and "B," respectively. Plaintiffs' administrative claims were denied as the six (6) months required has run and The United States Postal Service has not made a response to Plaintiffs' formal claims. The effective date of denial is April 6, 2011. Consequently, pursuant to 28 U.S.C.§2675, Plaintiffs are entitled to file this lawsuit.

5. This Court has jurisdiction under 28 U.S.C. §1346.

6. On July 22, 2010, Plaintiff William Webster was operating his 2008 Toyota and was traveling north on Audobon, near its intersection with Longwood in Cammack Village, Pulaski County, Arkanasas. Plaintiff Mary Griffith was a passenger in the Webster vehicle.

7. At the same time and place Robert Munns was operating a 1992 mail truck, owned by the Defendant, and was traveling east on Longwood.

8. As the Plaintiffs lawfully proceeded northbound Robert Munns pulled from Longwood onto Audobon, into the Plaintiffs' lane of traffic, causing a collision between the two vehicles.

9. Robert Munns, while in the course and scope of his employment with The United States Postal Service, in causing the above described collision, was negligent in the following respects:

    a. failing to yield the right of way:

    b. failing to maintain a proper lookout;

    c. careless and prohibited driving; and,

    d. otherwise failing to exercise reasonable care and to obey the rules of the road applicable to operators of motor vehicles.

10. As a proximate result of the negligence of Robert Munns, Plaintiff William Webster sustained the following injuries and damages:

    a. permanent physical injury;

    b. pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    c. medical expenses incurred in the past and reasonably certain to be incurred in the future;

    d. loss of earnings and loss of earnings capacity; and,

    e. scarring.

11. As a proximate result of the negligence of Robert Munns, Plaintiff Mary Griffith sustained the following injuries and damages:

a. permanent physical injury;

b. pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future; and,

c. medical expenses incurred in the past and reasonably certain to be incurred in the future.

12. With respect to all claims of the Plaintiffs, the Defendant's agent, servant and employee, Robert Munns, was at all times acting within the scope of his employment with the Defendant, under circumstances where Defendant, if a private person, would be liable to the Plaintiffs in accordance with the law and pursuant to the Federal Tort Claims Act. Defendant is responsible under the doctrine of Respondeat Superior.

WHEREFORE, Plaintiffs prays that upon trial of this matter Plaintiffs be awarded judgment against the Defendant, with said damages for each being in excess of that required for federal court jurisdiction in diversity of citizenship cases, and for all other relief to which Plaintiffs may be entitled.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 661-0196 (fax)

BY: _____
Matthew A. Hartness  A.B.N. 96005



| | THE BRAD HENDRICKS LAW FIRM<br>A Professional Association | |
|---|---|---|
| Brad Hendricks ††<br>Lamar Porter †<br>Christopher R. Heil<br>David Rawls †<br>Todd Jones<br>George R. Wise, Jr.<br><br>All Licensed in Arkansas<br>† Also Licensed in Texas<br>†† Also Licensed in Texas & Missouri | 500 C Pleasant Valley Drive<br>Little Rock, Arkansas 72227<br>Telephone: (501) 221-0444<br>Fax: (501) 661-0196<br><br>www.bradhendricks.com | Matthew E. Hartness †<br>Lyndsey D. Dilks<br>Caroline C. Lewis<br>Lloyd W. "Tré" Kitchens<br>Robin L. Sullivan<br>Timothy M. Carr, Sr.*<br><br>* Of Counsel |

October 18, 2010

Larry Hardin  
**United States Postal Service**  
420 Natural Resources Drive  
Little Rock, AR  72205

*VIA FACSIMILE 228-4169*

    RE:    Our Client:    William H. Webster  
            Your Insured:    US Postal Service  
            Claim No.:    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B  
            Date of Incident:    07/22/2010

Dear Mr. Hardin:

    Our firm has been retained to represent William H. Webster regarding the above-referenced claim against your insured. This claim is a result of an incident which occurred on the above-captioned date, causing personal injuries and property damages.

    We would appreciate your forwarding to us copies of any statements you may have obtained from our client.

    In the event that you have previously obtained a medical and/or employment authorization, please be advised that any such authorizations are hereby revoked. Please forward copies of any information you have obtained pursuant to such authorizations. We will be glad to supply you with any additional information you may need in the future in order to evaluate this claim.

    Thank you for your cooperation, and we look forward to working with you in the future.

                          Kindest regards,

                          Matthew E. Hartness  
                          *mhartness@bradhendricks.com*

/jlp



PLAINTIFF'S EXHIBIT "A"

TO: _Larry Hardin_
_USPO_

CLAIMANT: William H. Webster

DATE OF ACCIDENT: 7/22/2010

ACCIDENT LOCATION: Cammack Village, Arkansas

## NOTICE OF REPRESENTATION

Notice is hereby given that I have retained **THE BRAD HENDRICKS LAW FIRM** to represent me regarding injuries and damages arising out of the above-referenced accident.

Please direct all communication pertaining to this matter to:

> 500 C Pleasant Valley Drive
> Little Rock, AR 72227

_Wm H Webster_
Signature

TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/18/2010 17:18
NAME    : BRAD HENDRICKS
FAX     : 5016610196
TEL     : 5012210444
SER.#   : BROM5J389741
```

```
DATE,TIME       10/18 17:17
FAX NO./NAME    2284169
DURATION        00:01:20
PAGE(S)         04      2 each
RESULT          OK
MODE            STANDARD
                ECM
```

**Janie Pelkey**

| | |
|---|---|
| **From:** | Janie Pelkey [mgmnt@bradhendricks.com] |
| **Sent:** | October 18, 2010 4:50 PM |
| **To:** | Janie Pelkey |
| **Subject:** | Fax Server: Send Fax Complete - From: 'Janie Pelkey' To: '228-4169' |

Your fax was successfully sent To: 228-4169

Name:           Beverly Parker()
Remote ID:
Port:           1
Fax Number:     228-4169
Status:         pass

Direction:      send
Number of Pages: 2
Elapsed Time:   1 Min, 1 Sec
Total Bytes:    75890
Email Attachments: 0

Init Time:      10/18/2010 04:48:03 PM
Off Hook Time:  10/18/2010 04:48:10 PM
Connect Time:   10/18/2010 04:48:44 PM

Resolution:     Fine
Width:          1728
Height:         Variable
Baud Rate:      14400
Data Compression: mh
Error Correction: on
Scan Line Time: 0

1

LAW DEPARTMENT
NATIONAL TORT CENTER


*UNITED STATES*
*POSTAL SERVICE*

November 4, 2010

Matthew Hartness
Attorney at Law
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227

Re:  Your Clients:     William Webster & Mary Griffith
     Date of Incident: July 22, 2010
     USPS File No.:    NT201043008 & NT201043010

Dear Mr. Hartness:

Please be advised that the administrative claims filed on behalf of your clients with the United States Postal Service on October 6, 2010 have been assigned to me for adjudication.

Before these claims can be adjudicated, they must be supported by competent evidence. Please forward any and all medical records, hospital records, doctor notes and medical bills pertaining to your clients' alleged injuries to me at the address below. If you do not submit this evidence we will be unable to evaluate their alleged injuries and have no recourse but to issue a denial. Kindly forward the requested evidence to my attention at the National Tort Center, United States Postal Service, P. O. Box 66640, St. Louis, Missouri 63141-0640.

I intend to adjudicate these claims as soon as possible, but be aware that by statute, the Postal Service has six months from October 6, 2010 in which to adjudicate these matters.

If you have any questions or concerns, please feel free to contact me at the telephone number below.

Sincerely,

Brittany Lindsay
Tort Claim Adjudicator
(314) 872-5143

P. O. BOX 66640
ST. LOUIS, MO 63141-0640
TEL: 314/872-5120
FAX: 314/872-5193


PLAINTIFF'S
EXHIBIT
"B"

cc: Larry Hardin
   Tort Claim Coordinator
   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A/B