IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM WEBSTER; and
MARY GRIFFITH                                                                PLAINTIFFS

v.                              No. 4:11-cv-396-DPM

UNITED STATES OF AMERICA                                         DEFENDANT

JUDGMENT

The Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2012